UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 2:13-CR-36-DBH |
| DAFLE ABDULLAHI ALI, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION TO MODIFY TERMS OF SUPERVISED RELEASE

The motion to modify supervised release to delete travel restriction is **DENIED**. There is no evidence that the travel restriction as administered by Probation impedes the defendant's ability to carry on his business, and it is a standard and necessary condition of supervision. The request to terminate supervised release altogether is also **DENIED**. He has not yet fulfilled the one-year minimum requirement. 18 U.S.C. § 3583(e)(1).

**SO ORDERED.**

**DATED THIS 15TH DAY OF SEPTEMBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**